ENTERED ON DOCKET 10/25/01
PURSUANT TO FRCP 58 & 79

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| CARMEN IRLANDA ORTIZ<br>HILDA BELEN ORTIZ PACHECO<br>DENNISSE IRLANDA ORTIZ<br>VICTOR IRLANDA ORTIZ | |
| v. | CIVIL CASE 97-2757 (CCC) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3122, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

